UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| V. | : | CASE NO.: 1:20-CR-00083-WES-PAS |
| | : | |
| TERRY ROE | : | |

## MOTION TO CONTINUE CALENDAR CALL

Now comes Defendant, Terry Roe, by and through counsel, and hereby moves this Court to continue the current trial date to April, 2022. As grounds, the defense requires additional time to review of discovery, participate in pretrial negotiations, and to prepare for trial. If approved, the Defense concedes that any delay associated with this continuance be excluded for speedy trial purposes and is in the interests of justice. The government is aware of and has no objection to this motion.

Respectfully submitted this 2nd day of November 2021.

Respectfully submitted,

/s/ John L. Calcagni III, Esq.
John L. Calcagni III (Bar No.: 6809)
Law Office of John L. Calcagni III, Inc.
72 Clifford Street, Third Floor
Providence, RI 02903
Phone: (401) 351.5100
Fax: (401) 351.5101
Email: jc@calcagnilaw.com

**CERTIFICATION**

      I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered Participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as nonregistered participants on November 2, 2021.

      /s/ John L. Calcagni III, Esq.
John L. Calcagni III (# 6809)
Law Office of John L. Calcagni III, Inc.
72 Clifford Street, Third Floor
Providence, RI 02903
Phone: (401) 351.5100
Fax: (401) 351.5101
Email: jc@calcagnilaw.com